# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Colleen Ann McDaniel
Assistant Attorney General
556 Jefferson St., 4th Floor
Lafayette LA 70501

Owen Murrah Goudelocke
Asst. Attorney General
556 Jefferson St., 4th Floor
Lafayette LA 70501

James Robert Dawson
Assistant Attorney General
330 Marshall Street, Ste 777
Shreveport LA 71101

### REHEARING ACTION: January 23, 2008

**Docket Number: 06   01624-CA consolidated with 1,625-CA**

**RANDY FONTENOT, ET AL.**
**VERSUS**
**PATTERSON INSURANCE COMPANY, ET AL.**

**Appealed from Lafayette Parish Case No. 20012002 C/W 20012216**

**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux**
**Hon. Sylvia R. Cooks**
**Hon. Jimmie C. Peters**
**Hon. Elizabeth A. Pickett**
**Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **State of Louisiana, through the Department of Transportation**

**and Development** has this day been

**DENIED.**

cc: Todd M. Swartzendruber, Counsel for the Appellee
Rickey Wayne Miniex, Counsel for the Appellee
Chane P. Menard, Counsel for the Appellee
Aimee L. Foreman, Counsel for the Appellee
Byron Andrew Richie, Counsel for the Appellee
Paul Douglas Oberle  Jr., Counsel for the Appellee
Michael Edward Parker, Counsel for the Appellee
Johnny Edward Wellons, Counsel for the Appellee
Chiquita P. Tate, Counsel for the Appellee
Candace A O'Brien, Counsel for the Appellee
Lawrence N. Curtis, Counsel for the Appellant

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**